# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS STOECKEL,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF CLOVIS, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00070-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 14) |

Pursuant to the stipulation of Plaintiff Dallas Stoeckel and Defendant Madera County Sheriff's Deputy Johnathan Rodriguez, and good cause appearing, the Mandatory Scheduling Conference currently scheduled for April 20, 2022, is HEREBY CONTINUED to **May 19, 2022, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Report shall be filed at least one (1) full week prior to the conference. The parties shall appear at the conference remotely with each party appearing either via Zoom video or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **April 4, 2022**           /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

1