DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
WILLIAM A. ASPINWALL, State Bar No. 308919
waspinwall@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF CLOVIS, MEREDITH ALEXANDER,
TIMOTHY DRONEK, and JACOB MULHERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO COURTHOUSE

| | |
|---|---|
| DALLAS STOECKEL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CLOVIS, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00070-ADA-BAM<br><br>**JOINT STIPULATION TO EXTEND CASE DEADLINES;** [PROPOSED]<br><br>**ORDER DENYING STIPULATION WITHOUT PREJUDICE** |

**TO THE COURT:**

Plaintiff DALLAS STOECKEL ("Plaintiff"), defendants CITY OF CLOVIS, MEREDITH ALEXANDER, TIMOTHY DRONEK, and JACOB MULHERN ("City Defendants"), and defendant JOHNATHAN RODRIGUEZ, by and through their attorneys of record, stipulate to extending all current case deadlines by approximately 60 days (see chart below).

The parties make this request in good faith, and recognize that stipulations to continue case deadlines must include good cause. (Dkt. No. 20, 5:14-24). The parties have strived with due diligence to litigate this matter, and the good cause for their request is as follows:

All parties have served their Rule 26 Initial Disclosures, the City Defendants have served

written discovery (and received responses), and the City Defendants have also subpoenaed Plaintiff's incident-related medical records. The parties have also met-and-conferred about a new date for Plaintiff's deposition (it got rescheduled from January 26, 2023). The deposition will take place on February 14, 2023.

The parties are scheduled for private mediation on February 22, 2023. To maximize the opportunity for settlement, the parties wish to avoid unnecessary litigation costs between now and the mediation. To that end, they hoped to avoid discovery except for Plaintiff's deposition (*e.g.*, avoid defense party depositions and defense medical examination). Unfortunately, the current fact discovery cutoff makes this endeavor difficult, as such discovery closes on March 27, 2023. So in order to enhance the parties' settlement efforts, they respectfully stipulate to, and request, extension of all case deadlines by approximately 60 days, follows:

| Event | Current Deadline (Dkt. No. 20) | New, Proposed Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | March 27, 2023 | May 30, 2023 |
| Expert Disclosures | May 1, 2023 | July 3, 2023 |
| Supplemental Expert Disclosures | May 30, 2023 | August 1, 2023 |
| Expert Discovery Cutoff | July 31, 2023 | October 2, 2023 |
| Dispositive Motion Filing Deadline | September 7, 2023 | November 9, 2023 |
| Pretrial Conference | February 12, 2024 | April 15, 2024 |
| Trial | April 16, 2024 | June 18, 2024 |

1    Granting this extension will provide the parties their best opportunity to resolve this

2 matter, as well as leave sufficient time to complete discovery in the event the matter does not

3 happen to resolve at mediation.

4    The parties appreciate the Court's consideration of this stipulated request. Please the

5 accompanying declaration of Kevin P. Allen in support of this stipulation.

6

7                                    Respectfully submitted,

8

9 Dated: February 8, 2023          LAW OFFICE OF KEVIN G. LITTLE

10                                 By  */s/ Michelle Tostenrude*
                                       KEVIN G. LITTLE
11                                     MICHELLE L. TOSTENRUDE
                                       Attorneys for Plaintiff
12                                     DALLAS STOECKEL

13 Dated: February 8, 2023          LOZANO SMITH

14
                                   By  */s/ Wiley R. Driskill*
15                                     MARK K. KITABAYASHI
                                       WILEY R. DRISKILL
16                                     Attorneys for Defendant
                                       MADERA COUNTY SHERIFF'S
17                                     DEPUTY JOHNATHAN
                                       RODRIGUEZ
18

19

20 Dated: February 8, 2023          ALLEN, GLAESSNER,
                                   HAZELWOOD & WERTH, LLP
21

22                                 By:  */s/ Kevin P. Allen*
                                       DALE L. ALLEN, JR.
23                                     KEVIN P. ALLEN
                                       Attorneys for Defendants
24                                     CITY OF CLOVIS, MEREDITH
                                       ALEXANDER, TIMOTHY DRONEK, and
25                                     JACOB MULHERN

26

27

28

**ORDER**

Generally, settlement discussions, in and of themselves, are not good cause to modify a scheduling order. *See Gerawan Farming, Inc. v. Rehrig Pacific Co*., 2013 WL 645741, at *5 (E.D. Cal. Feb. 21, 2013). The parties have not adequately explained why they are unable to complete the remaining non-expert discovery, e.g., defense depositions and defense medical examination, in the time allotted between the scheduled mediation on February 22, 2023, and the non-expert discovery cutoff of March 23, 2023, if the matter does not resolve at mediation. Accordingly, the parties' stipulation is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **February 10, 2023**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE